UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER F. CASTANIAS,

    Plaintiff

  v.                         C-1-11-296

ALECIA C. LIPTON, *et al.*,

    Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 17) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 17) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. The Motion to Dismiss filed by defendant Ohio Department of Job and Family Services (doc. no. 8) is GRANTED and it is DISMISSED for plaintiff's failure to state a claim against it upon which relief can be granted.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                  s/Herman J. Weber
                                           Herman J. Weber, Senior Judge
                                           United States District Court